# OFFICE OF THE SHERIFF
## CLARK COUNTY DETENTION
## CIVIL PROCESS SECTION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN | ) | |
| ILLINOIS BENEFIT FUND | ) | |
| **PLAINTIFF** | ) | CASE No. 08 c 1291 |
| Vs | ) | SHERIFF CIVIL NO.: 08006933 |
| SUPERIOR PLUMBING & PIPING INC | ) | |
| | ) | |
| **DEFENDANT** | ) | **AFFIDAVIT OF SERVICE** |

STATE OF NEVADA    }
                }   ss:
COUNTY OF CLARK   }

     **RICHARD W. YOHNER**, being first duly sworn, deposes and says:  That he/she is, and was at all times hereinafter mentioned, a duly appointed, qualified and acting Deputy Sheriff in and for the County of Clark, State of Nevada, a citizen of the United States, over the age of twenty-one years and not a party to, nor interested in, the above entitled action; that on **7/17/2008**, at the hour of **10:35AM**. affiant as such Deputy Sheriff served a copy/copies of **SUMMONS IN A CIVIL CASE and COMPLAINT** issued in the above entitled action upon SUPERIOR PLUMBING & PIPING INC the defendant **SUPERIOR PLUMBING & PIPING INC** named therein, by delivering to and leaving with said Agent **DENISE AMERINE**, at **932 RHYOLITE TERRACE HENDERSON, NV 89001** within the County of Clark, State of Nevada, said copy/copies of  **SUMMONS IN A CIVIL CASE and COMPLAINT.**

     **DATED  July 18, 2008**.

$100.00 DEPOSIT
  74.00 SERVICE FEES
$ 26.00 REFUND TO FOLLOW

Douglas C. Gillespie, Sheriff

By: _____
RICHARD W. YOHNER
Deputy Sheriff

**SUBSCRIBED AND SWORN**  to me before me this
18 th day of _____ July _____ 2008

_____
NOTARY PUBLIC in and for said County & State

ROXANNE L. COOPER
Notary Public State of Nevada
No.99-35757-1
My appt. exp. Mar. 20, 2011

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, et al.

Plaintiffs,

CASE NUMBER:

V.

SUPERIOR PLUMBING & PIPING, INC.,
AN ILLINOIS CORPORATION

DESIGNATED JUDGE: **08 C 1291**

DEFENDANT.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE HIBBLER
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)
　　　SUPERIOR PLUMBING & PIPING, INC.
　　　C/O ITS REGISTERED AGENT, ALAN L. AMERINE
　　　4481 WESTWIND DRIVE
　　　WINNEBAGO, IL 61088

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　　DONALD D. SCHWARTZ
　　　PHILIP BRZOZOWSKI
　　　ARNOLD AND KADJAN
　　　19 WEST JACKSON BLVD., SUITE 300
　　　CHICAGO, IL 60604
　　　(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

-----------------------------------------
(By) DEPUTY CLERK

**March 4, 2008**

-----------------------------------------
Date

