**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Board of Trustees of the Northern Illinois Benefit Fund, et al.

                       Plaintiff,

v.                                  Case No.: 1:08−cv−01291
                                      Honorable William J. Hibbler

Superior Plumbing & Piping, Inc.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable William J. Hibbler:Status hearing held on 8/27/2008 and continued to 9/3/2008 at 9:30 a.m. Plaintiff is given leave to a motion for default. Hearing on motion for default is set for 09/03/08.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.