# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, | ) ) ) ) ) ) ) ) No. 08 C 1291 ) ) Judge Hibbler ) |
| Plaintiffs, | ) Magistrate Judge Brown ) |
| v. | ) ) |
| SUPERIOR PLUMBING & PIPING, INC. An Illinois Corporation, | ) ) ) |
| Defendant. | ) |

## ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

1. The Complaint was filed herein on March 4, 2008.

2. Process has been served upon Defendant, SUPERIOR PLUMBING & PIPING, INC.

3. Defendant has filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED**:

1. Defendant is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs.

2. Defendant is ordered to permit, within 14 days, an audit of his books and records

by Plaintiffs' auditor. The audit will cover the period from July 10, 2007 to the present.

3. Defendant is ordered to produce the following records beginning as of July 10, 2007 for examination by Plaintiffs' auditor.

    A.    All cash disbursements journals;

    B.    All individual payroll records;

    C.    All time records which are the basis of the above-mentioned individual payroll records;

    D.    All State unemployment tax returns as requested by the Trustees;

    E.    All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED:_____

ENTER:_____
**HONORABLE JUDGE HIBBLER**

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415