**EXHIBIT 1**

HUGH B. ARNOLD
DANIEL N. KADJAN
JOHN J. TOOMEY
L. STEVEN PLATT
JOHN F. ETZKORN
DONALD D. SCHWARTZ
STEVEN F. McDOWELL

JAMES R. ANDERSON
PAIGE E. ARNOLD
PAUL M. EGAN
ANTHONY B. SANDERS
PHILIP BRZOZOWKSI
SHANE C. LUEDKE

LAW OFFICES
# ARNOLD AND KADJAN
19 WEST JACKSON BOULEVARD
### CHICAGO IL
60604-3958

TELEPHONE (312) 236-0415
FAX # (312) 341-0438

PLEASE REFER TO
OUR FILE NUMBER

5093-337

March 6, 2008



Winnebago County Sheriff
Attn: Legal Process
650 W. State Street
Rockford, IL 61102-2201

Re:   Board of Trustees of the Northern Illinois Benefit Fund, et. al. v.
      Superior Plumbing & Piping, Inc.

To Whom It May Concern:

Enclosed please find the following:

1. Original Complaint and 3 copies

2. Original Summons and 3 copies..

3. Self-addressed stamped envelope to return to us after service.

Sincerely,

ARNOLD AND KADJAN

Philip Brzozowski

PB/sr
Enclosures