**EXHIBIT 2**

| | LAW OFFICES | |
|---|---|---|
| HUGH B. ARNOLD<br>DANIEL N. KADJAN<br>JOHN J. TOOMEY<br>L. STEVEN PLATT<br>JOHN F. ETZKORN<br>DONALD D. SCHWARTZ<br>STEVEN F. McDOWELL<br><br>JAMES R. ANDERSON<br>PAIGE E. ARNOLD<br>PAUL M. EGAN<br>ANTHONY B. SANDERS<br>PHILIP BRZOZOWKSI<br>SHANE C. LUEDKE | **ARNOLD AND KADJAN**<br>19 WEST JACKSON BOULEVARD<br>CHICAGO IL<br>60604-3958 | TELEPHONE (312) 236-0415<br>FAX # (312) 341-0438<br><br>PLEASE REFER TO<br>OUR FILE NUMBER<br><br>5093-337 |

April 25, 2008



Mr. Brian Riebel
The Argus Agency, Inc.
1480 Renaissance Drive, Suite 208
Park Ridge, IL 60068

Re:   Board of Trustees of the Northern Illinois Benefit Fund, et al. v.
      Superior Plumbing & Piping, Inc.
      Case No. 08 C 1291

Dear Brian:

Enclosed are copies of the Summons and Complaint for the above mentioned case. Please serve upon the following:

Superior Plumbing & Piping, Inc.
c/o its registered agent, Alan L. Amerine
4481 Westwind Drive
Winnebago, IL 61088

Please serve and return your Affidavit of Service in your usual fashion. If you have any questions, please do not hesitate to contact me or my assistant Sarah Radtke.

Very truly yours,

ARNOLD AND KADJAN

Philip Brzozowski

PB/sr
Enclosures