**EXHIBIT 3**

HUGH B. ARNOLD
DANIEL N. KADJAN
JOHN J. TOOMEY
L. STEVEN PLATT
JOHN F. ETZKORN
DONALD D. SCHWARTZ
STEVEN F. McDOWELL

JAMES R. ANDERSON
PAIGE E. ARNOLD
PAUL M. EGAN
ANTHONY B. SANDERS
PHILIP BRZOZOWKSI
ROSS B. MANTELL

LAW OFFICES
# ARNOLD AND KADJAN
19 WEST JACKSON BOULEVARD
## CHICAGO IL
60604-3958

TELEPHONE (312) 236-0415
FAX # (312) 341-0438

PLEASE REFER TO
OUR FILE NUMBER

5093-337

July 9, 2008


COPY

Clark County Sheriff
Attn: Civil Process Section
P.O. Box 553220
Las Vegas, NV 89155-3220

Re:   *Board of Trustees of the Northern Illinois Benefit Fund, et. al. v.*
      *Superior Plumbing & Piping, Inc.*

To Whom It May Concern:

Enclosed please find the following:

1. Original Complaint and 3 copies

2. Original Summons and 3 copies.

3. Check No. 029851 for $100.00 made out to the Clark County Sheriff.

3. Self-addressed stamped envelope to return to us after service.

Please serve a copy of the Summons and Complaint to: Alan Amerine, 932 Rhyolite Ter., Henderson, NV 89001. Please return a copy to our office with the Sheriff's affidavit of service. If you have any questions please feel free to call. Thank you.

Sincerely,

ARNOLD AND KADJAN

*Philip Brzozowski*
Philip Brzozowski

PB/sr
Enclosures