**EXHIBIT 4**

Case 1:08-cv-01291   Document 13-5   Filed 08/27/2008   Page 1 of 2

OFFICE OF THE SHERIFF
CLARK COUNTY DETENTION
CIVIL PROCESS SECTION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND<br>**PLAINTIFF**<br>Vs<br>SUPERIOR PLUMBING & PIPING INC<br><br>**DEFENDANT** | CASE No. 08 c 1291<br>SHERIFF CIVIL NO.: 08006933<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEVADA }
                } ss:
COUNTY OF CLARK }

**RICHARD W. YOHNER**, being first duly sworn, deposes and says: That he/she is, and was at all times hereinafter mentioned, a duly appointed, qualified and acting Deputy Sheriff in and for the County of Clark, State of Nevada, a citizen of the United States, over the age of twenty-one years and not a party to, nor interested in, the above entitled action; that on **7/17/2008**, at the hour of **10:35AM**. affiant as such Deputy Sheriff served a copy/copies of **SUMMONS IN A CIVIL CASE and COMPLAINT** issued in the above entitled action upon SUPERIOR PLUMBING & PIPING INC the defendant **SUPERIOR PLUMBING & PIPING INC** named therein, by delivering to and leaving with said Agent **DENISE AMERINE**, at **932 RHYOLITE TERRACE HENDERSON, NV 89001** within the County of Clark, State of Nevada, said copy/copies of **SUMMONS IN A CIVIL CASE and COMPLAINT**.

DATED July 18, 2008.

$100.00 DEPOSIT
  74.00 SERVICE FEES
$ 26.00 REFUND TO FOLLOW

Douglas C. Gillespie, Sheriff

SUBSCRIBED AND SWORN to me before me this
18th day of July 2008

By: _____
RICHARD W. YOHNER
Deputy Sheriff

NOTARY PUBLIC in and for said County & State

ROXANNE L. COOPER
Notary Public State of Nevada
No.99-35757-1
My appt. exp. Mar. 20, 2011

PO Box 553220    Las Vegas NV    89155-3220    (702) 671-5822