**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, | ) ) ) ) ) ) ) ) ) ) | No. 08 C 1291 <br><br> Judge Hibbler |
| Plaintiffs, | ) ) | Magistrate Judge Brown |
| v. | ) ) | |
| SUPERIOR PLUMBING & PIPING, INC. An Illinois Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF MOTION**

TO:    Superior Plumbing & Piping, Inc.
       c/o its President, Alan L Amerine
       932 Rhyolite Terrace
       Henderson, NV 89011

**PLEASE TAKE NOTICE** that on **September 3, 2008 at 9:30 a.m.** or as soon

hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Hibbler,**

**Room 1225** in the Courtroom usually occupied by him in the Federal District Court, 219 S.

Dearborn Street, Chicago, Illinois, and then and there move and present the attached

Motion to Allow Service of Summons and Complaint more than 120 Days After Filing.

BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS BENEFIT FUND,
et al.


s/ Philip Brzozowski
One of their Attorneys

Donald D. Schwartz
Philip Brzozowski
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## PROOF OF SERVICE

I hereby certify that a copy of this Notice of Motion will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 27th day of August 2008, at or before the hour of 5:00 p.m.

        Superior Plumbing & Piping, Inc.
        c/o its President, Alan L Amerine
        932 Rhyolite Terrace
        Henderson, NV 89011

        s/ Philip Brzozowski
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        312-236-0415 (phone)
        312-341-0438 (fax)