

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1291 | **DATE** | 9/3/2008 |
| **CASE TITLE** | BOARD OF TRUSTEES OF THE NORTHERN, et al. vs. SUPERIOR PLUMBING & PIPING, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/21/08 at 9:30 a.m. Motion hearing held. Plaintiffs' Motion to allow service of summons and complaint more than 120 days after filing is granted. Plaintiffs' Motion for Order of Default and Audit is granted. Enter Order of default in favor of plaintiffs and against defendant. Defendant is ordered to permit, within 14 days, an audit of his books and records by plaintiffs' auditor. The audit will cover the period from July 10, 2007 to the present.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | JHC |
|---|---|---|